## Lewis' Estate

Before Stearne, acting P. J., Sinkler, Klein, Bolger, and Ladner, JJ.

464

466

*Elton J. Buckley*, for exceptant.

*L. Arthur Greenstein*, contra.

PER CURIAM, February 23, 1940.—We are all of opinion that the auditing judge has correctly decided the question raised by the exceptions. The adjudication fully and comprehensively discusses the pertinent principles of law and we need add nothing thereto.

The exceptions are dismissed and the adjudication confirmed absolutely.